

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2022

No. 04-21-00296-CR

Vincent Trevino **GOMEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12346
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's brief was originally due November 15, 2021. On November 15, 2021, appellant filed a motion requesting an extension of time to file the brief until January 14, 2022, and we granted the motion. Because appellant did not file a brief by January 14, 2022, we ordered appellant to file his brief by February 4, 2022 and stated that if the brief was not filed by that date, we would abate this appeal and remand it to the trial court for an abandonment hearing.

On February 6, 2022, appellant filed both his brief and a motion seeking a two-day extension of time. After consideration, we GRANT the motion and deem appellant's brief timely filed as of February 6, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court